UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 & NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendants. | No.  2:15-cv-2240-MCE-KJN PS<br><br><br>ORDER |

On August 15, 2016, defendants answered plaintiff's second amended complaint.  (ECF Nos. 29, 32.)  Accordingly, IT IS HEREBY ORDERED that:

1. A status (pretrial scheduling) conference in this matter is set for Thursday October 13, 2016, at 10:00 a.m., in Courtroom No. 25 before the undersigned.
2. No later than September 29, 2016, the parties shall file a joint statement addressing the topics outlined in paragraph 6 of the court's October 29, 2015 order setting status conference (see ECF No. 2).

IT IS SO ORDERED.

Dated:  August 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE