UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER,<br><br>            Plaintiff,<br><br>    v.<br><br>BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 & NATIONSTAR MORTGAGE LLC,<br><br>            Defendants. | No.  2:15-cv-2240-MCE-KJN PS<br><br><br>ORDER |

      On September 23, 2016, plaintiff Dennly Becker, who proceeds without counsel, filed a stipulation by the parties to permit plaintiff to file electronically.  (ECF No. 34.)  Pursuant to Local Rule 133(b)(2), "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge."  Other than noting that plaintiff was permitted to file electronically in appeals currently pending in the Ninth Circuit Court of Appeals, plaintiff has not shown good cause why an exception to this court's Local Rules is warranted.

      Accordingly, IT IS ORDERED that the stipulation (ECF No. 34) is DISAPPROVED.

Dated:  October 11, 2016

                                                                                               *Kendall J. Newman*<br>KENDALL J. NEWMAN<br>UNITED STATES MAGISTRATE JUDGE

1