MARY KATE SULLIVAN (State Bar No. 180203)
MEGAN C. KELLY (State Bar No. 251293)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC; THE BANK
OF NEW YORK MELLON AS TRUSTEE FOR
THE BELLAVISTA MORTGAGE TRUST
2004-2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DENNLY R. BECKER,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>BANK OF AMERICA CORPORATION;<br>BANK OF NEW YORK MELLON AS<br>TRUSTEE FOR THE BELLAVISTA<br>MORTGAGE TRUST 2004-2;<br>NATIONSTAR MORTGAGE LLC; DOES 1-20,<br><br>        Defendants. | Case No. 2:15-cv-02240-MCE-KJN<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINE; ORDER** |

Defendants NATIONSTAR MORTGAGE LLC and THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 ("Defendants") and Plaintiff DENNLY BECKER ("Plaintiff") respectfully submit this stipulation to extend the May 4, 2017 deadline to disclose expert witnesses in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) by two weeks to May 18, 2017. The parties further stipulate to extend the June 1, 2017 deadline to disclose rebuttal expert witnesses to June 15, 2017. Good cause exists because fact discovery among the parties is ongoing and overlaps with the current expert discovery deadline. More specifically, Plaintiff will conduct a Rule 30(b)(6) deposition of Defendant Nationstar Mortgage LLC on May 3, 2017, one-day before

the initial expert disclosure is currently due. Additionally, in order to accommodate Plaintiff's schedule, the deposition of Plaintiff has been scheduled for May 12, 2017. Extension of the expert disclosure deadlines will allow for more complete fact discovery in advance of the expert disclosure. The proposed extension of these deadlines will not impact the other pretrial deadlines set by the Court. Thus, for good cause showing, the parties respectfully request that these expert deadlines be continued.

DATED: April 27, 2017

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: /s/ Megan C. Kelly
Megan C. Kelly

Attorneys for Defendants NATIONSTAR MORTGAGE LLC; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2

DATED: April 27, 2017

By:
Dennly Becker

Plaintiff, In Pro Per

# ORDER

Good cause appearing, the Court grants the parties' stipulated request as follows:

1. The deadline for expert disclosures pursuant to FRCP 26(a)(2) is continued from May 4, 2017, to May 18, 2017.
2. The deadline for rebuttal expert disclosures pursuant to FRCP 26(a)(2) is continued from June 1, 2017, to June 15, 2017.
3. All other case deadlines remain unchanged.

IT IS SO ORDERED.

Dated: April 28, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11951.0678/10689741.1    3    2:15-cv-02240-MCE-KJN
ORDER APPROVING STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINE