UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 & NATIONSTAR MORTGAGE LLC,<br><br>Defendants. | No. 2:15-cv-2240-MCE-KJN PS<br><br>ORDER |

On June 28, 2017, pursuant to the parties' request, the court conducted an informal telephonic discovery conference. Plaintiff Dennly Becker appeared representing himself, and attorney Megan Kelly appeared on behalf of defendants. After careful consideration of the parties' joint letter brief (ECF No. 57) and the parties' representations at the telephonic conference, and as explained in greater detail to the parties in the course of the telephonic conference, IT IS HEREBY ORDERED that:

1. Nationstar shall conduct another thorough search for any documents created by Nationstar related to plaintiff's loan from July 1, 2013, through the present, including but not limited to searching the Remedy, iSight, and Sharepoint systems by both plaintiff's name and loan number.

1

2. Any additional responsive documents shall be produced no later than July 7, 2017, at 4:00 p.m. Alternatively, if no additional responsive documents are located, Nationstar shall provide plaintiff with a letter no later than July 7, 2017, at 4:00 p.m., confirming that no additional responsive documents were located.

3. Plaintiff's remaining requests for the court to compel additional discovery responses and to extend the discovery completion deadline are DENIED at this juncture.

IT IS SO ORDERED.

Dated: June 29, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE