|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| DENNLY R. BECKER, | No. 2:15-cv-2240-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 & NATIONSTAR MORTGAGE LLC, | |
| Defendants. | |

On June 29, 2017, the court ordered defendants to conduct an additional search for documents and to produce such documents no later than July 7, 2017, at 4:00 p.m. (ECF No. 60.) Thereafter, on July 7, 2017, defendants filed a request for additional time until July 14, 2017, to comply with the court's order. (ECF No. 61.) Defendants explained that the intervening 4th of July holiday had caused a slight delay in the search process, but that defendants would continue to work diligently and provide the response as soon as they are able, possibly even before July 14, 2017, if it is ready. (Id.)

////

////

////

On July 10, 2017, the court received by e-mail a declaration by plaintiff opposing the requested extension.[1] The court has carefully reviewed plaintiff's opposition, and although it appreciates plaintiff's concerns about further delays, the ultimate goal is to ensure that all responsive documents are located and produced. As such, the court finds it appropriate to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request for extension (ECF No. 61) is GRANTED.
2. Defendants shall have until Friday July 14, 2017, at 4:00 p.m., to respond and/or produce documents responsive to the court's June 29, 2017 order.
3. The Clerk of Court shall file plaintiff's declaration in opposition to the request on the court's docket.

IT IS SO ORDERED.

Dated: July 11, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] As outlined below, the court directs the Clerk of Court to file the declaration on the court's docket.