UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 & NATIONSTAR MORTGAGE LLC,<br><br>Defendants. | No. 2:15-cv-2240-MCE-KJN PS<br><br>ORDER |

On August 2, 2017, plaintiff lodged with the Clerk of Court a request to seal documents submitted in support of his motion to amend the operative complaint. The documents requested to be sealed consist of 5 pages of deposition testimony by defendant Nationstar's person most knowledgeable, Keith Kovalic.

The court has reviewed the designated portions of the deposition testimony and finds that they do not contain the type of confidential business information, trade secrets, or other protected information warranting sealing pursuant to Local Rule 141 and applicable legal standards. Although reference is made to a few acronyms, those acronyms are either generic acronyms frequently used in business or do not plausibly reveal any protected business information from which a competitor could take advantage.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to seal is DENIED.
2. The Clerk of Court shall file the lodged documents on the public docket.

IT IS SO ORDERED.

Dated: August 30, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE