1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  JOSEPH W. GUZZETTA (State Bar No. 233560)
   jwg@severson.com
3  MEGAN C. KELLY (State Bar No. 251293)
   mck@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

   Attorneys for Defendants NATIONSTAR
8  MORTGAGE LLC and THE BANK OF NEW
   YORK MELLON AS TRUSTEE FOR THE
9  BELLAVISTA MORTGAGE TRUST 2004-2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DENNLY R. BECKER,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>BANK OF AMERICA CORPORATION;<br>BANK OF NEW YORK MELLON AS<br>TRUSTEE FOR THE BELLAVISTA<br>MORTGAGE TRUST 2004-2;<br>NATIONSTAR MORTGAGE LLC; DOES 1-20,<br><br>　　　Defendants. | Case No. 2:15-cv-02240-MCE-KJN<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER**<br><br>**Trial Date: July 30, 2018** |

11951.0678/11275634.1                                         2:15-cv-02240-MCE-KJN
                                        STIPULATION TO DISMISS WITH PREJUDICE

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff DENNLY BECKER ("Plaintiff") and Defendants NATIONSTAR MORTGAGE LLC and THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 ("Defendants") hereby stipulate that the above-captioned action is dismissed with prejudice. Each party will bear its own fees and costs. |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff DENNLY BECKER ("Plaintiff") and Defendants NATIONSTAR MORTGAGE LLC and THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2 ("Defendants") hereby stipulate that the above-captioned action is dismissed with prejudice. Each party will bear its own fees and costs.

DATED: _____, 2018          Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: _____
        Megan C. Kelly

Attorneys for Defendants NATIONSTAR MORTGAGE LLC; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BELLAVISTA MORTGAGE TRUST 2004-2

DATED: _____, 2018

By: _____
        Dennly Becker

Plaintiff, In Pro Per

**ORDER**

Pursuant to the stipulation of Plaintiff and Defendants, the above-captioned action is hereby dismissed with prejudice, and each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: July 11, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE